E-FILED
FEB 10 2016
Document #

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT J. LANG, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV16-0732 PSG (FFMx) |
| v. | |
| VERIZON COMMUNICATIONS, INC., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____           _____
Date                              United States Magistrate Judge

---

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- [ ] Inadequate showing of indigency
- [x] District Court lacks jurisdiction
- [x] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [ ] Other: _____

Comments:
Plaintiff's allegations of assault are baseless. It appears that plaintiff may be seeking compensation for breach of contract. However, the complaint does not plausibly allege damage in excess of $75,000. Therefore, diversity jurisdiction is lacking.

02/04/2016                        /S/ Frederick F. Mumm
Date                              United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:
- [x] DISMISSED.
- [ ] REMANDED.

2/10/16                           _____
Date                              United States District Judge