# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Philip S. Gutierrez

From: J. Munoz , Deputy Clerk  Date Received: 03/14/16

Case No.: CV16-0732 PSG (FFM)  Case Title: Robert Lang v. Verizon Communications

Document Entitled: Letter re ADR

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1   Documents must be filed electronically
- ☐ Local Rule 6-1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1  Document not legible
- ☐ Local Rule 11-3.8  Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1  No copy provided for judge
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1   Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7   Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1   Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5  No letters to the judge
- ☐ Fed. R. Civ. P. 5  No proof of service attached to document(s)
- ☒ Other: Case closed 02/10/16

---

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date              U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

3/17/16            /s/
_____   _____
Date              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT

CV-104A (06/13)          NOTICE OF DOCUMENT DISCREPANCIES

March 11, 2016

United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: Choice of ADR Procedure (Alternative Dispute Resolution Program - Pretrial)
    *Lang v. Verizon Communications Inc.,* 2:16-cv-00732-PSG-FFM

According to civil procedure of the Central District of California, the parties of the case are asked to advise a choice of ADR (Alternative Dispute Resolution) before an actual trial (litigation) takes place. The parties are given a choice of three ADR procedures, whichever they think is best suited to their case. The Plaintiff chooses ADR Procedure No. 2 (Mediation Panel).

Regarding practical scheduling for the mediation, at present the Plaintiff is normally occupied with his job duties along with the activity of purchasing real estate property (buying a house). A time frame within the upcoming month would be reasonable for the Plaintiff.

*[signature]*
Robert J. Lang
Pro Se

P.O. Box 6761
Lancaster, CA 93539

United States Courthouse
312 North Spring Street
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY



SANTA CLARITA CA 913
12 MAR 2015 PM 3 L